W. H. Palmer, Plaintiff in Error, v. Fannie Parker and Mitchel Wright, Defendants in Error.

(Supreme Court of Florida, February 23, 1906.)

Writ of Error to Circuit Court, Alachua County; James T. Wills, Judge.

*R. E. Davis* and *Horatio Davis,* for Plaintiff in Error.

No appearance for Defendants in Error.

This action was brought by the plaintiff in error against the defendants in error. There was judgment for the defendants and the plaintiff takes writ of error. Writ of error dismissed by the clerk, on præcipe of counsel for the plaintiff in error, under Rule 23.